# Exhibit M



# StyleView™
## COLLECTION



"StyleView doors are an excellent combination of contemporary design and quality construction. The configuration options are so broad that we are able to create doors that truly complement the architectural elements of the home. They are the first option I consider for the modern home."

Charles Stinson,
Charles R. Stinson
Architects -
Deephaven, MN

An inspiration in both form and function, Raynor StyleView offers architectural flexibility, maximum visibility and extreme durability in a maintenance-free aluminum door. The Custom Profile, Wide Profile and Narrow Profile models feature a series of unprecedented designs, architectural glass options and 187 ArmorBrite™ color finishes for showcasing a home's unique flair. From modern styles to classic facades, StyleView is the choice for achieving a contemporary look or accentuating the design of an older residence.

RAYNOR

# CUSTOM PROFILE



Custom Profile, Carriage House,
1 car, ArmorBrite White

An ideal complement to modern, conventional and rustic styles, the Custom Profile model is a 2" thick rail and stile door with a standard joint seal. Engineered for resilience and exceptional beauty, the Custom Profile model offers a maintenance-free alternative to steel and wood carriage house doors and is available in 187 ArmorBrite™ color matched aluminum panels to correspond with the window scheme or architectural design of your home's facade.

# WIDE PROFILE



Wide Profile, 2 car,
Clear Anodized

If you are looking for a heavy-duty door that will enhance your home's panache or timeless architecture, the Wide Profile model is the answer. Designed for both strength and durability, the 2" thick Wide Profile door features rail and stile construction with a standard joint seal. This model offers optional 187 ArmorBrite™ exterior finishes and optional white or black EnduraCote™ hardware. And, for added design flexibility, the Wide Profile model is also available with window thicknesses ranging from 1/8" to 1/2" in various glass types, including frosted, laminate, reflective, satin, tinted, tempered, acrylic and insulated.

# NARROW PROFILE

Narrow Profile, 1 car,
ArmorBrite White

Accented with a streamlined design, the Narrow Profile model is a 1-3/4" thick door with a ship lap section joint and standard joint seal. This model is a maintenance-free solution for your garage door needs with 187 ArmorBrite™ exterior finishes and optional white or black EnduraCote™ hardware. In addition, Narrow Profile doors feature architectural variation with multiple glass options for contemporary and traditional styles alike. The offering includes thicknesses ranging from 1/8" to 1/2" in various glass types, including frosted, laminate, reflective, satin, tinted, tempered, acrylic and insulated.

2



Custom Carriage House Bi-Fold, ArmorBrite beige rails, ArmorBrite matched panels, 2 over 2 tempered clear pane

StyleView Custom Profile Carriage House doors feature architectural grandeur without the maintenance concerns of a typical wood door. The Swing-Up, Swing-Out, Accordion and Bi-Fold designs can be modified to meet the aesthetics of your home by selecting from 187 ArmorBrite™ color finishes and numerous glass and batten options. And, for added style, choose between true and simulated divided lites in various pane configurations.

## CUSTOM CARRIAGE HOUSE SPECIFICATIONS

| Door Width | Door Height | Section Thickness | Section Joint | Door Styles | Window Designs | Glass Thickness |
|---|---|---|---|---|---|---|
| 4' - 20' | 6' - 10' | 2" | Tongue & Groove | Swing-Up, Swing-Out, Accordion, Bi-Fold | 1 Pane, 2 Pane, 3 Pane, 4 Pane, 2 over 2, 3 over 3, 4 over 4, Prairie | 1/8", 3/16", 1/4", 1/2" |

3







RAYNOR

7 feet high illustrations shown

| Glass Type | End Stile Width | Center Stile Width | Batten Width | Finish | Track/Hardware Finish | Warranty |
|---|---|---|---|---|---|---|
| Clear, Laminate, Acrylic, Insulated, Reflective, Tinted, Frosted, Satin | 6" Wide Std | 5-3/4" Std, 2-5/8" Std | 7/16" Std, 1" Opt, 2-5/8" Opt | Anodize Finishes, 187 ArmorBrite Colors | Galvanized, EnduraCote White, EnduraCote Black | See Page 14 |

Custom Millcreek, single car with panels, ArmorBrite gray with satin glass

A perfect alternative to standard steel doors, StyleView Custom Profile Mixed Panel designs offer a distinctive look for your home. By utilizing various panel spacing options, the Mixed Panel model will differentiate your garage door from others in your neighborhood. Featuring 187 ArmorBrite™ finishes and a variety of glass options, StyleView Custom Mixed Panel doors complement the individuality of your residence.



## CUSTOM MIXED PANEL SPECIFICATIONS

| Door Width | Door Height | Section Thickness | Section Joint | Door Styles | Window Designs | Glass Thickness |
|---|---|---|---|---|---|---|
| 4' - 16' | 6' - 10' | 2" | Tongue & Groove | See Elevation Chart | 1 Pane | 1/8", 3/16", 1/4", 1/2" |

5






RAYNOR

7 feet high illustrations shown

All options available with ArmorBrite color matched aluminum or glass panels.

| Glass Type | End Stile Width | Center Stile Width | Batten Width | Finish | Track/Hardware Finish | Warranty |
|---|---|---|---|---|---|---|
| Clear, Laminate, Acrylic, Insulated, Reflective, Tinted, Frosted, Satin | 6" Wide Std | 2-5/8" Std | Not Available | Anodize Finishes, 187 ArmorBrite Colors | Galvanized, EnduraCote White, EnduraCote Black | See Page 14 |

Custom French View, single car, ArmorBrite white with black tinted 1/8" tempered glass

The epitome of sophistication, the StyleView Custom Profile French View model is just the thing for homeowners that are looking for something beyond traditional, carriage house and contemporary designs. Available in 187 ArmorBrite™ finishes and an assortment of glass options, these doors offer balance between window and entry architecture. Select StyleView Custom Profile French View doors and make an exquisite entrance out of your garage door today.

## CUSTOM FRENCH VIEW SPECIFICATIONS

| Door Width | Door Height | Section Thickness | Section Joint | Door Styles | Window Designs | Glass Thickness |
|---|---|---|---|---|---|---|
| 4' - 20' | 6' - 10' | 2" | Tongue & Groove | Not Available | 2 Pane, 3 Pane, 4 Pane, 2 Over 2, 3 Over 3, 4 Over 4 | 1/8", 3/16", 1/4", 1/2" |

7







RAYNOR.

7 feet high illustrations shown

| Glass Type | End Stile Width | Center Stile Width | Finish | Track/Hardware Finish | Warranty |
|---|---|---|---|---|---|
| Clear, Laminate, Acrylic, Insulated, Reflective, Tinted, Frosted, Satin | 6" Wide Std | 5-3/4" Std | Anodize Finishes, 187 ArmorBrite Colors | Galvanized, EnduraCote White, EnduraCote Black | See Page 14 |

Wide Profile, double car, ArmorBrite white rails with 1/8" satin glass

If you are looking for a heavy-duty door that will enhance your home's panache or timeless architecture, the Wide Profile model is the answer. Designed for both strength and durability, the 2" thick Wide Profile door features rail and stile construction with a standard joint seal. This model also offers 187 ArmorBrite™ exterior finish options and optional white or black EnduraCote™ hardware. And, for added design flexibility, the Wide Profile model is also available with window thicknesses ranging from 1/8" to 1/2", in various glass types, including frosted, laminate, reflective, satin, tinted, tempered, acrylic, clear and insulated.

## WIDE PROFILE SPECIFICATIONS

| Door Width | Door Height | Section Thickness | Section Joint | Door Styles | Window Designs | Glass Thickness |
|---|---|---|---|---|---|---|
| 4' - 20' | 6' - 10' | 2" | Tongue & Groove | Not Available | 1 Pane | 1/8", 3/16", 1/4", 1/2" |

**RAYNOR**

Top Section

- 2"
- OPTIONAL HEADER SEAL
- 4-3/4"
- 5-1/4" TOP RAIL
- GLASS OPTIONS SEE SPECIFICATIONS BELOW

Section Joint
- 1-1/2"
- 2-13/16"
- 3-13/16" MEETING RAIL
- 2-5/16"
- 2" JOINT BULB SEAL

Bottom Section
- 4-3/4"
- 5-1/4" BOTTOM RAIL
- 3" VINYL ASTRAGAL

7 feet high illustrations shown

## SINGLE CAR

single car, 4'0" to 9'2", 2 panel design

single car, 9'3" to 12'2", 3 panel design

## DOUBLE CAR

double car, 12'3" to 20'0", 4 & 5 panel designs

All options available with ArmorBrite color matched aluminum or glass panels.

- 3-3/8"
- 3-5/8"
- 6-1/2"
- 2-7/8" END STILE
- 2-5/8" CENTER STILE
- 6" END STILE
- 2" SECTION THICKNESS

| Glass Type | End Stile Width | Center Stile Width | Batten Width | Finish | Track/Hardware Finish | Warranty |
|---|---|---|---|---|---|---|
| Clear, Laminate, Acrylic, Insulated, Reflective, Tinted, Frosted, Satin | 2-7/8" Std, 6" Wide Opt | 2-5/8" Std | Not Available | Anodize Finishes, 187 ArmorBrite Colors | Galvanized, EnduraCote White, EnduraCote Black | See Page 14 |

10



# NARROW PROFILE

Narrow Profile, single car, ArmorBrite white rails with 1/8" tempered black glass

Accented with a streamlined design, the Narrow Profile model is a 1-3/4" thick door with a ship lap section joint and standard joint seal. This model is a maintenence-free solution for your garage door needs with 187 ArmorBrite™ exterior finishes and optional white or black EnduraCote™ hardware. In addition, Narrow Profile doors feature architectural variation with multiple glass options for contemporary and traditional styles alike. The offering includes thicknesses ranging from 1/8" tempered to 1/2" insulated in various glass types, including frosted, laminate, reflective, tinted, satin, clear, acrylic and insulated.

## NARROW PROFILE SPECIFICATIONS

| Door Width | Door Height | Section Thickness | Section Joint | Door Styles | Window Designs | Glass Thickness |
|---|---|---|---|---|---|---|
| 4' - 16' | 6' - 10' | 1-3/4" | Ship-Lap | Not Available | 1 Pane | 1/8", 3/16", 1/4", 1/2" |

11





7 feet high illustrations shown

**SINGLE CAR**

single car, 4'0" to 9'2", 2 panel design

single car, 9'3" to 12'2", 3 panel design

**DOUBLE CAR**

double car 12'3" to 16'0", 4 & 5 panel designs

All options available with ArmorBrite color matched aluminum or glass panels.

| Glass Type | End Stile Width | Center Stile Width | Batten Width | Finish | Track/Hardware Finish | Warranty |
|---|---|---|---|---|---|---|
| Clear, Laminate, Acrylic, Insulated, Reflective, Tinted, Frosted, Satin | 2-7/8" Std, 6" Opt | 1" Std | Not Available | Anodize Finishes, 187 ArmorBrite Colors | Galvanized, EnduraCote White, EnduraCote Black | See Page 14 |

12

# Glass Options



| Tinted Bronze | Tinted Smoke | White Laminate | Satin | Clear |

Glazing options range in thicknesses including 1/8", 3/16", 1/4" and 1/2" insulated.

## ArmorBrite™ Color System



Choose from over 187 Raynor ArmorBrite™ colors.

For a clean, finished look and maximum protection against rust, StyleView doors are available with a powdercoated hardware system. The EnduraCote™ Hardware System features extended-life torsion springs and powdercoated hardware. Nylon rollers with steel ball bearings also help to provide superior noise reduction.



EnduraCote™ Track & Hardware

## Anodized Finish Options



**Dark Bronze**

　

**Extra Dark Bronze**　**Black**

　

**Light Bronze**　**Clear Anodize**

　

**Medium Bronze**　**Champagne**

### Low-E Glass Also Available



Low-e glass is the perfect solution for long-term exposure to high temperatures by allowing full visibility, while providing a barrier from the sun. Low-e glass is only available for StyleView doors with insulated glass.



Galvanized

White

Black

13



## StyleView™ Limited Warranty*

**Door Sections:**
Raynor warrants StyleView door sections against defects in material and workmanship, for the original purchaser, for "As Long As You Own Your Home".

**Window Components:**
Window components are warranted against defects in material and workmanship for three (3) years from the date of delivery to the original purchaser.

**EnduraCote™ Hardware & Springs:**
Raynor warrants all EnduraCote hardware and spring components against defects in material and workmanship, for the original purchaser, for "As Long As You Own Your Home".

**ArmorBrite™:**
Raynor warrants StyleView™ sections painted with ArmorBrite powdercoat finishes against cracking or peeling for five (5) years from the date of delivery to the original purchaser.

**Galvanized Hardware & Springs:**
Raynor warrants all galvanized hardware and spring components against defects in material and workmanship for five (5) years from the date of delivery to the original purchaser.

*Full warranty details are available at www.raynor.com

## Raynor Prodigy - Offering Space-Saving Operation

### DC Motor, Jackshaft Operation



Raynor Prodigy offers an exceptional solution for StyleView garage doors. StyleView doors provide full-view capabilities and the Prodigy opener ensures your garage door opener won't clutter the view. It mounts easily on the wall beside the garage door and comes with a remote 2-port, 100-watt light that can be positioned anywhere in the garage.

Each unit comes standard with a 3-button premium remote control with rolling code security technology, Smart Control Panel™ and 200 watts of lighting for brighter illumination.

**Lifetime Motor Warranty - 5 Year Parts**

## Raynor Ultra - the Perfect Match for Your StyleView Door

### 3/4 Horsepower, Chain Operation

Designed to handle even the heaviest StyleView doors, the Raynor Ultra combines a 3/4 hp motor with a rugged I-beam rail and chassis support for added strength and reliable operation. A dual-drive sprocket allows the opener's speed to be adjusted to optimize door and opener performance.

Each unit comes standard with a 3-button premium remote control with rolling code security technology, Smart Control Panel™ and 200 watts of lighting for brighter illumination.

**Lifetime Motor Warranty - 5 Year Parts**

Case 1:13-cv-00638-TSE-IDD   Document 1-13   Filed 05/28/13   Page 17 of 17 PageID# 64





1-800-4-RAYNOR (472-9667)

Raynor Worldwide
P.O. Box 448, 1101 East River Road
Dixon, IL 61021-0448

# WWW.RAYNOR.COM



© Raynor 2009

2904642  12-08  10M